R. Isaak Hurst, Esq. (WSBA #: 43679)   THE HONORABLE THOMAS S. ZILLY
International Maritime Group, PLLC
800 Fifth Avenue, Suite 4100, Seattle, WA 98104
(Office) 206.992.0710 | (Fax) 206.707.8338
Hurst@Maritime.Law

*Attorney for Defendant- Summer Bay, LLC*

**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| TIMOTHY BOLES,<br><br>         Plaintiff,<br><br>vs.<br><br>SUMMER BAY, LLC, *in personam*,<br><br>         Defendant. | Case No.: 2:19-cv-00468-TSZ<br><br>ORDER ON THIRD STIPULATED MOTION FOR CONTINUANCE OF TRIAL AND PRE-TRIAL DEADLINES |

The parties' Third Stipulated Motion for Continuance of Trial and Pretrial deadlines, docket no. 21, is GRANTED.  No further continuances will be granted.

The following dates and deadlines are modified as follows:

| | | |
|---|---|---|
| BENCH TRIAL DATE | | January 19, 2021 |
| - | Disclosure of expert testimony | September 21, 2020 |
| - | Discovery completed by | October 5, 2020 |
| - | Dispositive Motions | October 26, 2020 |
| - | Motions related to expert witnesses | November 2, 2020 |
| - | Motions in Limine | December 14, 2020 |

ORDER ON THIRD STIPULATED MOTION
FOR CONTINUANCE OF TRIAL AND
PRETRIAL DEADLINES
BOLES v. SUMMER BAY, LLC
Case No: 2:19-cv-00468                    PAGE **1** OF **2**

|   |   |   |
|---|---|---|
| - | Trial Briefs and Agreed Pretrial Order | December 21, 2020 |
| - | Proposed Findings of Fact and Conclusions of Law, and designations of depositions | January 4, 2021 |
| - | Pretrial conference 1:30pm | January 8, 2021 |

Dated this 22nd day of July, 2020.

*[signature: Thomas S. Zilly]*

Thomas S. Zilly
United States District Judge

ORDER ON THIRD STIPULATED MOTION
FOR CONTINUANCE OF TRIAL AND
PRETRIAL DEADLINES
BOLES v. SUMMER BAY, LLC
Case No: 2:19-cv-00468                    PAGE **2** OF **2**